# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Steven James Sturgill, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Williams County, ND, Ken Stenberg, Misty Falcon, | ) | Case No. 4:15-cv-112 |
| | ) | |
| Defendants. | ) | |

The Clerk's office shall seal Exhibits 1, 5, 6 and 7 to Docket No. 91 as they contain sensitive personal information.

**IT IS SO ORDERED.**

Dated this 27th day of October, 2016.

>  */s/ Charles S. Miller, Jr.*
>  Charles S. Miller, Jr., Magistrate Judge
>  United States District Court